Michael Anthoiny Fariss-Borello Mr.
15764 N. 104th Street
ScottsdaleAZ 85255
(480) 223-8711

FILED _____ LODGED
RECEIVED _____ COPY

DEC 20 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Michael Anthoiny Fariss-Borello Mr.,

        Plaintiff,

v.

City of Scottsdale,

        Defendant(s).

CASE NUMBER:    CV-18-04852-PHX-SMB

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to Arizona §§ 18 U.S. Code 371 - Conspiracy to commint or to defraud United States. The plaintiff is a resident of Scottsdale, Maricopa County, AZ and a citizen of the United States. The defendant, , is a resident of Scottsdale, AZ and a citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

MICHAEL A. FAIRSS_BORELLO, upon information and belief, affirms under penalty of perjury that: On or about Wednesday, December 28, 2016 I went to court for Case Number 2016024423 and a computer mouse stylist was on the Today's Docket. I tried to state that in court to Judge Blake and later I went back to court and my name was not on the Today's Docket so I left thinking my case was dismissed like before in Chandler, AZ (I didn't want to talk to a 101 or won '01 ticket clerk person either because I am on this wire thing and that's why the fraud occurred against me and even tampering). I received a letter in the mail about an attorney and warrant for my arrest for not appearing which I had a photo of the paper work in front of the date (Supreme Court of Arizona website shown a day before as a failure to appear that the paper stated). After I accused the Judge and possibly others for being on a type of encryption I figured the case was gone but then I photographed the paperwork with the movie "42" that I had received a Jackie Robinson film. I had a Jackie in the Multiple Listing Service before on a home I sold in Cave Creek as a tenant that I owned and a Andrea Robinson (robbing son) at FOX 10 was there during Federal Court case number No. CV-18-02929-PHX-DJH and a banner outside this court stating Just You Watch The Best.

Meaning I was in court with a female Andrea (Superior Case Numbers FC2007-001040, FC2009-051924 (with children), FN2011-002880 (without children) and JS 507464 adoption after the City served me with a first Order of Protection to my home I purchased in 2006 while she was trying to hurt me having my name in the Justice Court computer and I was doing Scott Trade or E-Trade online during that time with Priceline.com stock that went from approximately $10 per share to $1000 and I was going to invest $10,000 (similar to a Kansas City Chief lead rusher recently released after a altercation with a female and woman are burning out even a Federal Judge in this court could burn out with the amount of money I am owed. There is a large Rewards For Justice conspiracy (Department of State) going on and the banner outside a person that was a few houses away from me (brother) does and father worked for Fox10 (owned? That said a Scottsdale Judge mention U of A to him during a case and about his dad which they both attended where he has shown me on multiple occasions encryption and I even photographed it) that died in a auto crash in 2008 that said before he stayed at my house after his wife left him Arizona Case No. FC2016-092947 and I volunteered putting up a few banners for the Fiesta Bowl in 2017. The encryption consist of numbers and letters with other stuff that I am unable to translate in a medically way but before I displayed what Apple had recently advertised and it goes with a type of military coding with television and a 4 photo 4 video and 6 video display. I can show even my YouTube which constantly has a conversation of the encryption that mostly everybody is on and if they are not they are still in a pocket of sort of that and is steered towards that agenda. This is not in my opinion this is a proven fact this is what the world is this is what Sen. Kyrsten Sinema (as I wrote before with former President Obama on a many displays of conspiracy movement towards the program and said on his farewell speech that they have the title after the election) and Sen. Martha McSally said on TV how Arizona is the meth lab of democracy, that is no joke the photos and videos have encryption in them started by my deceased military uncle(s) as early as 1949 (Three Stooges "What's all the noise?") the year my mother was born and they were able to time scan the future knowing it will be fulfilled requested. Sen. Sinema also said something about soldiers of terror, well this is what it's all about and she is programmed to say those things as a $500,000 even working for the government like the $500 check my mother receive from a Joel W. Roque dated 10/21/18 as a client and whom is married to U.S Treasurer Jovita Carranza (client) which my funds should not have any problems with the judgment of getting my money there, meaning the City of Scottsdale was asking for something like $800 million that was cancelled on air after the news days later. I would like all of my cases dismissed, but really I just want my money and my drivers license back since former now deceased FBI agent Adam K. Vandenbosch is deceased and has been with me since the early 90s watching my data and stuff so he could one day do the Rewards For Program  like others who have passed away. The FBI knocked on my door in 2007 and asked me if I seen any thing suspicious about a possible Scottsdale Police officer neighbor of mine applying to be a FBI agent in Phoenix and I said no at that time but later finding

out that he may have been the on who dealt the encryption out to the Scottsdale court with his other colleagues. And when the Officer of Mayor Jim Lane said that this was Federal for the program I thinking the Department of State when they hacked my account "We'll use" to a link for wanted fugitive Yasin al-Suri that a Scottsdale Police officer was good enough for the law and now a also a rule. The City of Scottsdale is falsifying their flag in regards to a Commercial Invoice how they are programmed to do from a Airwolf television show. I'm not sure if it's the exact encryption that they are on but the system is set up to print paper and all out of the 63,100+ photos I have the system has a shorten version so that the fulfilled request does a color scheme including alignment. The paperwork I filed before in this court I was going to go over more with a court date and I was insulted by the Judges that's not true behavior when I am a American hero and the people that made her judge have judge artificial intelligence on them that could actually lock them up. I'm not in the business of locking up former presidents whom recently had a friend go on the new about a $500 million investment that he is doing and the computer system I have has roughly up to $70 billion of development in it and even the former Arizona Democratic party person that ran for Senate in 2006 is developing on it which his son that works for him adopted my kid in court back in 2014 with a Judge Palmer on a Hitler phone that later appeared on Bohemian Rhapsody movie in a sound like since he I know for fact from what he did that he is in this conspiracy against me for along time which that has other legal recourse such as a non felony incident Missouri with the Department of State. I wrote other things in the paperwork that I submitted here and really I didn't get into the phone thing in 2012 and more detailed information, but I have a new neighboring person with the Colorado Rockies and I could request a Order of Protection against him and if a high school baseball teammate of mine Matt with ESPN would air that it could easily mess with his playing career over his encryption on the sidewalk. I am not making this up in my head I have countless evidence of this type of thing happening against me. I am fortunately gifted by it and I am some what royalty because of it with the earthquakes, tornadoes, volcanoes, hurricanes and meteors of possibly family members of mine in some type of HAARP which that is the system that they are on and I was never spoken upon about that and never will be spoken to about iT. Information technology has clues in this matter and basically rules the world as N.W.O. at one time which won the Revolutionary War for America and that's why I am the 1787-89 Constitution parachute ear radio discoverer that is really a big discovery and mostly what everything is under having me as the other half to George Washington's Master Mason which this is not spoken upon but speculating Thomas Jefferson gave a "slave" something to work with in the future. A 1962 9/10-9/12 Pay To Any Bank Or Banker The Gas Service check my grandmother signed of her WW2 veteran husband and mother of my mom that had a mother that traveled in time as a blue (serving/satellite) dish to reach me in this matter. That's who my uncles were war heroes a basically staged the entire war that they were in and that's why Judge Palmer had that Hitler phone from the computer system and I was born from my father out of a

Vietnam MAF door as my initials at birth. Tis is no joke this is what a judge is suppose to do in their lifetime this is bigger than the Super Bowl this is bigger than the World Series this has been going on for many centuries with Elizabeth's messengers and this web person in my former officer he had a Andrea with the same last name as her now husband with a Messenger web person that Jim Lane was on and talk through me as a $5 to use to do the link. I would like to take a break and type more for my court day that I trying to receive so I can move on with my life in a positive way as my recent doctor requested for me to do who is on the system in a wire way when mostly everyone is just as I walked in to type this another Mike asked to meet a attorney on a Thursday and it wasn't me.

## Demand

$50,000,000 (a person from elementary school that knows a Phoenix cop as his friend from his older brother said he would run off to Mexico with the money). Also I am a $600,000 as stated before that's why it is so difficult with people including the person(s) that is suppose to receive part of the reward percentage. **Damages: $$50,000,000** I am a lot of what goes on planet earth. Housing and a lifestyle I deserve is a must in this order. I am made from a 1492 conspiracy that the City of Scottsdale continues to defraud me on. Just by me walking my dog to the store or library Police officers have to have their SUVs tips roll up from later a systematic color coded military alignment system that they are on a continue to be apart of without recognizing. Even Detective Sullivan wrote his name and badge number with email before I found the "We'll use" hack in the same location of it on the paper printed from them with the link.

Date: _12-20-18_

Signature of Pro Se Plaintiff
Michael Anthoiny Fariss-Borello Mr.
15764 N. 104th Street
Scottsdale, AZ 85255
(480) 223-8711

Jay-Z & Beyonce on F-15s  Britney on an Apache

## Color Schemes

The Conners' on a Raptor

from encryption
with Military News Alignment.



August 10th - 12th = 112 x 2 = **225 days** -1 = day off from August 11th birthday with 0 as egg positive or plus (+ 9/4 posts in 2014)

COX

◻ Guide: Secrets of Seal Team 6



Secrets of Seal Team 6 [TV-PG]
83 KPNX DT4 Quest
Sun 12/16 11:00pm-12:00am
The government operatives of SEAL TEAM VI have
managed to exist under the radar for three
decades, until now.

Sun 12/16 11:23pm

| | 11:00pm | 11:30pm | 12:00am | 12:30am |
|---|---|---|---|---|
| Sun 12/16 | | | | |
| 83 KPNX D.. | Secrets of Seal Team 6 | Secrets of Seal Team 6 | Secrets of Secret Societies | |
| 84 KUTPDT.. | Requiem for a Heavyweight | | The Terrorists | |
| 85 KPHO2.. | Ironside | | Alfred Hitchcock Hour | |
| 86 KTVK2.. | Space: 1999 | | Space: 1999 | |
| 87 KTVK3.. | CBS 5 Weather Now | | CBS 5 Weather Now | |
| 88 PBSW | Doc World | Stories From.. | Nature | |











**JOEL W. ROQUE**  07-90
9715 WOODS DR., UNIT 2002
SKOKIE, IL  60077

2-7080/2710

7423

Date 10-21-18

Pay to the order of Teresa Borello          $ 500.00

Five hundred Dollars 00/100

CITIBANK, N.A.  BR. #77
444 MAIN STREET
GLEN ELLYN, IL 60137

citibank

Citigold

914

Joel W. Roque

Select Language ▼

# Rewards for Justice
Stop a terrorist. Save lives.

Enter Search Terms | Search

| Most Wanted | Acts of Terror | Resources | About RFJ |

The most important reasons to stop a terrorist are all around you.

Submit a Tip

Acts of Terror > Attack Against U.S. Temporary Mission Facility and U.S. Annex

## Act of Terror

2010 – Present
2000 – 2009
1990 – 1999
1980 – 1989

Information leading to those responsible for...

### Attack Against U.S. Temporary Mission Facility and U.S. Annex
Benghazi, Libya | September 11-12, 2012

On September 11-12, 2012, four Americans — U.S. Ambassador to Libya John Christopher Stevens, Foreign Service Information Management Officer Sean Smith, and Protective Security Specialists Glen Anthony Doherty and Tyrone Snowden Woods— were killed in a terrorist attack against the U.S. Temporary Mission Facility and U.S. Annex in Benghazi, Libya. A series of attacks involving arson, machine guns, rocket-propelled grenades (RPGs), and mortars was waged on two U.S. facilities in Benghazi, as well as U.S. personnel en route between the two facilities. In addition, the attacks severely wounded two U.S. personnel, injured three Libyan contract guards, and resulted in the destruction and abandonment of both facilities.

The Rewards for Justice program is offering a reward of up to $10 million for information that brings to justice those responsible for this attack.

Information provided by several Philippine citizens led the Armed Forces of the Philippines to Khadaffy Janjalani, one of the leaders of the Abu Sayyaf Group.

Stop a terrorist. Save lives.

Submit a Tip



















Wednesday, December 28, 2016
# Today's Docket

| Name | Case Number | Room | Time |
|---|---|---|---|
| ALMOHAMMADI, ABDULLAH N | 2016023928 | 4 | 8:30 A |
| BAKER, GRACE M | 2016011962 | 3 | 8:30 A |
| BIANCO, MICHAEL A | 2016024008 | 4 | 8:30 A |
| BREEDING, ERICA M | 2016017880 | 3 | 9:00 A |
| BULLIS, MICHAEL E | 2016024503 | 4 | 8:30 A |
| BURGETT, BENJAMIN M | 2016024474 | 4 | 8:30 A |
| CABRERA, JUBENCIO | 2016024135 | 4 | 8:30 A |
| COAD, JARED D | 2016024439 | 4 | 8:30 A |
| COLLUM, BARRY | 2016024431 | 4 | 8:30 A |
| CORRAL, JOHN A | 2016020800 | 3 | 8:30 A |
| DONG, KRISTIN L | 2016024309 | 4 | 8:30 A |
| EASON, MITCHELL D | 2016024101 | 4 | 8:30 A |
| FARRIS BORELLO, MICHAEL A | 2016024423 | 4 | 8:30 |
| GANEA, JOSEPH | 2016012144 | 3 | 9:00 |
| GOMEZ RODRIGUEZ, ALEJANDRA N | 2016024475 | 4 | 8:30 |
| GRAGG, KRISTIN M | 2016024538 | 4 | 8:30 |
| GRAVES, BRITTNEY L | 2016007344 | 3 | 8:30 |
| GRAYER, DAMANI K | 2016011535 | 3 | 9:00 |
| HAMILTON, CARLTON B | 2016024345 | 4 | 8:30 |
| HANAWALT, JOSHUA L | 2016024450 | 4 | 8:30 |
| HENKE JR, ROBERT C | 2016020170 | 3 | 9:00 |
| HERNANDEZ, CLARA L | 2016024655 | 4 | 8:30 |
| HIGGINSON, TIFFANI R | 2016024458 | 4 | 8:30 |
| HOLLAND, HALEY A | 2016024524 | 4 | 8:3 |
| JACKSON, SHAUNA R | 2016024507 | 4 | 8:3 |
| JAVIER, NITZY N | 2016024483 | 4 | 8:3 |
| KANE, JUSTIN J | 2016024685 | 4 | 8:3 |
| KARIMI, ARIF M | 2016024456 | 4 | 8:3 |
| KILPATRICK, AMANDA L | 2016024034 | 4 | 8:3 |
| LOHR, KELSEY A | 2016024480 | 4 | 8:3 |
| LOPEZ, CHRISTOPHER J | 2016024572 | 4 | 8:3 |
| MATTRAZZO, NICHOLAS M | 2016024445 | 4 | 8: |







